UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERIE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:14CV1463 HEA |
| | ) |
| CITY OF OSAGE BEACH, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendants' Motion to Transfer Venue, [Doc. No. 6]. Plaintiff has filed a response in opposition to the motion. For the reasons set forth below, the Motion is granted.

Plaintiff is a former employee of the City of Osage Beach, Missouri. Plaintiff brought this action against Defendants based on various employment claims. The City of Osage Beach is primarily located in Camden County, Missouri, with a small portion located in Miller County. Plaintiff resides in Camden County. Camden County and Miller County are both within the boundaries of the United States District Court for the Western District of Missouri, Central Division.

The federal venue statute provides that a case not based on diversity jurisdiction should be filed in the judicial district where "any defendant resides" or

"a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). The events of which Plaintiff complains occurred in Camden County. Therefore, the Court concludes the interest of justice will best be served if Plaintiff's action is transferred to the Western District of Missouri, Central Division.

Accordingly,

IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Western District of Missouri, Central Division.

Dated this 8th day of December, 2014.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE